**EXHIBIT B**



# News and Business Magazine Subscribers Email/Postal/Phone Mailing List

The Wall Street Journal Subscribers mailing list features individuals that use this source of news for their business and industry needs. These influential individuals yield proven results for a wide variety of direct marketing campaigns. This list is the ideal tool to effectively build relationships with your unique audience.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 10/03/2017 |
|---|---|---|
| 1,182,239 | TOTAL UNIVERSE / BASE RATE | $170.00/M |
| 1,182,239 | DIRECT MAIL | + $170.00/M |
| 152,272 | EMAIL | + $120.00/M |
| 99,899 | TELEPHONE | + $105.00/M |

**DESCRIPTION**

This list's managers feature click response to online advertisement in 38 proprietary responder categories. Use this file for postal/email/telephone rental appends and expect a marked increase in responsiveness, or simply augment existing house files.

The list managers gather consumer data through response to email advertisements sent out by category. Reach responders who have clicked on a related advertisement in the past 30, 60, 90 or 365 days. Every record has at minimum full name, postal and email addresses, with NCOA performed monthly and all postal data DPV and CASS certified.

ConsumerBase proprietary responder categories include:

Apparel, Auctions, Auto Loans, Bankruptcy, Beauty, Business Opportunity Seekers, Business Opportunity Home Business, Cable and Internet Services, Collectibles and Gifts, Computing, Credit Cards, Dating Services, Debt Consolidation, Education, Electronics, Entertainment, Financial, Fitness, Gambling, Health, Home Business, Home Improvement, Insurance, Investments, Mortgages, Software, Sweepstakes, Tax Services, Telecom, Travel, Weight Loss, and Wireless
Ref #: CB401730C

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #323507 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- REUSE IS AVAILABLE

| MARKET: | CONSUMER |
|---|---|
| CHANNELS: | |
| SOURCE: | INTERNET/ON-LINE, COMPILED LISTS |
| PRIVACY: | CONFIRMED OPT-IN |
| DMA?: | NO |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |

| SELECTS | |
|---|---|
| 3 MONTH HOTLINE | $10.00/M |
| AGE | $5.00/M |
| AGE RANGE | $5.00/M |
| CREDIT CARD BUYERS | $10.00/M |
| DATE OF BIRTH | $30.00/M |
| ETHNIC/ETHNICITY | $15.00/M |
| GENDER/SEX | $5.00/M |
| MARITAL STATUS | $5.00/M |
| NET WORTH | $20.00/M |
| OCCUPATION | $10.00/M |
| PERSONALIZATION | $100.00/F |
| PRESENCE OF CHILD | $5.00/M |
| RECENCY | $5.00/M |
| REVERSE EMAIL APPEND | $350.00/M |
| SCF | NO CHARGE |
| STATE | NO CHARGE |
| ZIP | |

| ADDRESSING | |
|---|---|
| KEY CODING | $5.00/M |
| A/B SPLIT | NO CHARGE |
| CARRIER ROUTE | NO CHARGE |
| CD ROM | NO CHARGE |
| EMAIL | NO CHARGE |
| HOME ADDRESS | NO CHARGE |
| NTH NAME | NO CHARGE |
| RUN CHARGE | NO CHARGE |
| RUSH FEE | NO CHARGE |
| ZIP + 4 | NO CHARGE |

- CANCELLATION FEE AT $250.00/F

[Get Count] [Get Pricing] [Get More Information]