UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT JEREMY HORTON,
                        Plaintiff,

-against-                                  18 **CIVIL** 4027 (LGS)

## JUDGMENT

DOW JONES & COMPANY, INC.,
                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 27, 2019, Plaintiff's motion to compel arbitration is DENIED, and the case is dismissed. Defendant's Motion for Oral Argument is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York
          February 28, 2019

                                                              RUBY J. KRAJICK
                                                              **Clerk of Court**
                                      **BY:**
                                                               **Deputy Clerk**